UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 23-cv-420-SPC-NPM

BILLY PAYTON,
    *Plaintiff,*

vs.

SCOTTSDALE INSURANCE COMPANY,
    *Defendant*,
_____/

## **NOTICE OF SETTLEMENT**

BILLY PAYTON, by and through the undersigned counsel, hereby notifies the Court that the parties have settled the above-captioned matter. Once settlement is finalized, the parties will file a Joint Stipulation of Dismissal with Prejudice.

Dated: January 31st, 2024.

        Respectfully submitted,

        INSURANCE LITIGATION GROUP, P.A.

        By: */s/ Tania Wiliams*
        TANIA WILLIAMS, ESQ.
        Florida Bar No.: 599425
        1500 N.E 162nd Street
        Miami, FL 33162
        Telephone: (786) 529-0090
        Facsimile: (866) 239-9520
        E-Mail: service@ilgpa.com
        twilliams@ilgpa.com
        kpaul@ilgpa.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 31, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail address on file with the Court: Francesco Palanda, Esq.

Francesco Palanda, Esq.
HINSHAW & CULBERSTON LLP
2525 Ponce de Leon Blvd. 4th Floor
Coral Gables, FL9 33134
Telephone: (305) 358-7747
Facsimile: (305) 577-1063
E-mail: fpalanda@hinshawlaw.com
ellampallas@hinshawlaw.com
jhodges@hinshawlaw.com
*Attorney for Defendant*